# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:19-mj-38 |
| | ) | |
| ALBERT MCDANIEL LYLES, | ) | Hon. Theresa Carroll Buchanan |
| | ) | |
| Defendant. | ) | |

JAN 24 2019

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Jesse A. Adams, being duly sworn, depose and state as follows:

### INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been since April 2018. I am currently assigned to the Washington Field Division's Falls Church Group II. My assignments include investigating individuals who are involved in the illegal possession and transfer of firearms, violent crimes involving firearms, and armed narcotics trafficking. Prior to my appointment with the ATF, I was a sworn law enforcement officer with the United States Marshals Service for over four years, and a sworn law enforcement officer with the Commonwealth of Virginia for over seven years.

2. This affidavit is submitted in support of a criminal complaint and arrest warrant charging ALBERT MCDANIEL LYLES (hereafter "LYLES") with possession of a firearm with an altered or obliterated serial number, in violation of Title 18, United States Code, Section 922(k).

3. This affidavit does not contain every fact known to me regarding this investigation, but rather contains information necessary to demonstrate probable cause in support of the above-referenced criminal complaint and arrest warrant. The facts and information contained in this affidavit are based on my personal knowledge and information obtained from other law enforcement officers. All observations referenced in this affidavit that were not personally made by me were relayed to me by the person(s) who made such observations or in reports that detailed the events described by that person(s).

## PROBABLE CAUSE

A. <u>Traffic Stop Conducted on LYLES</u>

4. On or about October 28, 2018, at approximately 09:03 am, Military Police from Marine Corps Base (MCB) Quantico conducted a traffic stop of LYLES' vehicle for speeding on Russell Road approaching Gate 4 for MCB Quantico. The traffic stop occurred in Prince William County, which is within the Eastern District of Virginia. LYLES was the only occupant in the vehicle. Military Police smelled the odor of marijuana omitting from the vehicle and conducted a search of LYLE's vehicle. Approximately one ounce of what appeared to be marijuana, a brown hand rolled cigarette containing what appeared to be marijuana, and a black Ruger Model LCP .380-caliber semi-automatic pistol with a partially obliterated serial number were found during the search of LYLES' vehicle. The pistol contained a magazine loaded with four .380 rounds. The pistol had the serial number heavily scratched off but under certain light conditions it was legible. NCIS and ATF agents later examined the firearm and determined that the serial number appears to be 375 40411. An NCIC check of the firearm was conducted to make sure the firearm was not stolen. It returned with negative results. The

firearm was sent to the ATF laboratory to positively identify the serial number and conduct a Trace Summary of firearm.

B. <u>Interview of LYLES</u>

5. On October 28, 2018, at approximately 12:00 pm law enforcement agents with Marine Corps Criminal Investigative Division (CID) and Naval Criminal Investigative Service (NCIS) conducted an interview of LYLES. LYLES was advised of his Miranda rights which he waived in writing prior to the start of the interview. LYLES stated that he purchased the firearm that was in his possession for approximately $250.00 from an unknown individual in Waldorf, Maryland. LYLES stated he could not remember specifically where he bought the firearm, other than that the purchase took place in Waldorf, Maryland. LYLES stated that he used the firearm for deer hunting to put the deer out of its misery after the deer was shot with a rifle or shotgun. LYLES stated that he knew it was a felony to carry a firearm with an obliterated serial number, but he purchased the firearm anyways because it was cheap. Regarding the marijuana in his vehicle, LYLES stated that he had smoked a marijuana cigarette early that morning prior to the contact with law enforcement.

6. LYLES stated that he was entering MCB Quantico with the intention of meeting with an individual in order to trade a Yamaha All-Terrain Vehicle (ATV) for a Honda motorcycle. LYLES stated that he meet this individual on Facebook, who he only knows at "Michael," and set up a meeting to make the trade.

**CONCLUSION**

7. Based upon the foregoing, I submit there is probable cause to conclude that on and around October 28, 2018, in Prince William County, Virginia, within the Eastern District of

Virginia, ALBERT MCDANIEL LYLES did unlawfully, knowingly possess a firearm, which had the manufacturer's serial number removed, obliterated, or altered, and had been transported in interstate commerce., in violation of Title 18, United States Code, Section 922(k).

Jesse A. Adams
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to before me on January 24, 2019:

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

The Honorable Theresa Carroll Buchanan
United States Magistrate Judge

4